# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:22-PO-0089-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ERIC E. BISHOP, | |
| Defendant. | |

For good case shown and on the Government's motion, citation nos. F5241652, F5241651, and F5241200 are dismissed. All pending hearing dates are vacated. The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated:  November 7, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE